In the Matter of the Application of WILLIAM SKAFF, Respondent, for an Order Compelling ABRAHAM SCHWARTZ, an Attorney, Appellant, to Pay over the Sum of $250 Escrow Money.— Order denying motion to open default reversed on the law and the facts, without costs, and motion granted, without costs. While we would not ordinarily interfere with the discretion exercised by the learned Special

Term in denying a motion to open the default, the merits involved established, without contradiction, that the case is not one for a summary order against an attorney. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.